UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

**UNITED STATES OF AMERICA,**

                     Plaintiff,

           - against -

**APPROXIMATELY $447,420.00 IN U.S. CURRENCY,** *Seized from Safe Deposit Box #76100178, Held in the Name of Newton Croney,*

                    Defendant.

------------------------------------------------------------ X

**MEMORANDUM DECISION AND ORDER**

19-CV-3528 (AMD) (RML)

**ANN M. DONNELLY**, United States District Judge:

On June 14, 2019, the United States of America commenced this civil forfeiture action *in rem*, pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 21 U.S.C. § 881(a)(6), alleging that approximately $447,420.00 of seized funds (the "Defendant Funds") were forfeited and condemned to the use and benefit of the United States of America. (ECF No. 1.) On September 5, 2019, the Clerk of Court entered a Certificate of Default (ECF No. 7) and the United States moved for a default judgment the next day (ECF No. 8). I referred the motion to United States Magistrate Judge Lois Bloom.

On February 3, 2020, Magistrate Judge Lois Bloom recommended that I grant the Government's motion for default judgment and issue the proposed default judgment and order of forfeiture (ECF No. 8-2) against the Defendant Funds Approximately $447,420.00 in U.S. Currency. (ECF No. 9.) No objections have been filed to the report and recommendation, and the time for doing so has passed.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those

portions of the report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *Jarvis v. N. Am. Globex Fund L.P.*, 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation omitted).

I have reviewed Judge Bloom's thoughtful report and recommendation and find no error. Accordingly, I adopt the report and recommendation in its entirety, grant the Government's motion for a default judgment, and issue the proposed default judgment and order of forfeiture (ECF No. 8-2).

**SO ORDERED.**

          s/Ann M. Donnelly
          _____
          Ann M. Donnelly
          United States District Judge

Dated: Brooklyn, New York
       February 18, 2020